**Order entered November 28, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00487-CR
### No. 05-16-00488-CR

**ANTHONY EARL LIGHTNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-60367-X and F13-60368-X**

## ORDER

Before the Court are appellant's November 10, 2016 motions to suspend TEX. R. APP. P. 9.3 and for appointment of new appellate counsel. We **GRANT** appellant's motion to suspend TEX. R. APP. P. 9.3.

We **ORDER** the Clerk of the Court to file appellant's pro se response titled "Objection to Appellate Counsel's Motion to Withdraw" as of November 10, 2016.

We **DENY** appellant's motion to appoint new counsel.

We further **ORDER** the Clerk of the Court to send a copy of this order to Anthony Lightner, TDCJ No. 02062031, McConnell Unit, 3001 South Emily Drive, Beeville, Texas, 78102.

/s/      ADA BROWN
         JUSTICE